SAMUEL G. LIVERSIDGE (SBN 180578)
  sliversidge@gibsondunn.com
RODNEY J. STONE (SBN 145405)
  rstone@gibsondunn.com
JARED M. STRUMWASSER (SBN 275326)
  jstrumwasser@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7365
Facsimile: (213) 229-6365

Attorneys for Defendant
HP INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOTY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP, INC. and DOES 1-10,<br><br>Defendant(s). | Case No. 5:16-cv-02063<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Honorable George H. King<br><br>Complaint filed: Sep. 28, 2016<br>Complaint served: Oct. 10, 2016<br>FAC filed: Oct. 31, 2016<br>Current response date: Nov. 21, 2016<br>New response date: Nov. 30, 2016 |

Defendant HP Inc. ("Defendant") and Plaintiff Robert Doty (collectively, the "Parties"), by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on September 28, 2016, Plaintiff filed his initial Complaint in this action against Defendant in this Court;

WHEREAS, on October 10, 2016, Plaintiff served notice of this action on Defendant;

WHEREAS, on October 21, 2016, in accordance with Local Rule 8-3, the Parties filed a stipulation agreeing to a 30-day extension of Defendant's then-existing deadline to respond to the Complaint, establishing November 30, 2016 as Defendant's new response date;

WHEREAS, on October 31, 2016, Plaintiff filed a First Amended Complaint, which by operation of law would moot the Parties' prior stipulation and reset the Defendant's response date to November 21, 2016;

WHEREAS, the Parties agree that Defendant's deadline to respond to the First Amended Complaint should be November 30, 2016, the same date previously agreed with respect to the initial Complaint;

NOW THEREFORE, in accordance with Local Rule 8-3, the Parties hereby stipulate to a 9-day extension of Defendant's deadline to respond to the First Amended Complaint.  Pursuant to Local Rule 8-3, this stipulation need not be approved by the Court and may be filed without a proposed order.  Defendant's response date is November 30, 2016.  The Parties retain and do not waive any rights, claims, or defenses that they currently have.

Dated:  November 1, 2016        SAMUEL G. LIVERSIDGE
                                RODNEY J. STONE
                                JARED M. STRUMWASSER
                                GIBSON, DUNN & CRUTCHER LLP

                                By:  */s/ Jared M. Strumwasser*
                                     Jared M. Strumwasser

                                Attorneys for Defendant HP INC.

Dated:  November 1, 2016        TODD M. FRIEDMAN
                                ADRIAN R. BACON
                                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                By:  */s/ Adrian R. Bacon*
                                     Adrian R. Bacon

                                Attorneys for Plaintiff ROBERT DOTY