NOTE CHANGES MADE BY THE COURT.

FILED
CLERK, U.S. DISTRICT COURT
NOV 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTY DOTY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP, INC.,<br><br>Defendant. | Case No.: ~~5:15-cv-01221-BRO-GJ~~S  5:16-2063 CJHK<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT; FOR AN EXTENSION OF TIME FOR DEFENDANT HP, INC., TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

The Court, having considered the parties' stipulation to allow Plaintiff to file a Second Amended Complaint and for an extension of time for Defendant HP, Inc., to move, answer or otherwise respond to the complaint, the Court hereby ~~GRANTS~~ *accepts* the parties stipulation (*except as noted below*) and ORDERS

1) that Plaintiff be given leave to file a Second Amended Complaint;

- 1 -

PROPOSED ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT; FOR AN EXTENSION OF TIME FOR DEFENDANT HP, INC., TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

2) that Plaintiff be given until December 2, 2016 to file its Second Amended Complaint;

3) that Defendant will have until December 23, 2016 to ~~file a responsive~~ respond to the Second Amended Complaint ~~pleading~~; and /K/

4) ~~Plaintiff will have two weeks to oppose Defendant's Motion to Dismiss, if Defendant should choose to file one rather than answer Plaintiff's Second Amended Complaint.~~ /K/

**IT IS SO ORDERED.**

Dated: 11/23/16

By: /s/
Honorable George H. King
U.S. District ~~Court~~ Judge

- 2 -

**PROPOSED ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT; FOR AN EXTENSION OF TIME FOR DEFENDANT HP, INC., TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**