UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
January 9, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
```

In the Matter of the Transfer of Cases )
from the Calendar )
)
of ) ORDER OF THE CHIEF JUDGE
)
Judge GEORGE H. KING )
) 17-009
)
)
_____)

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge George H. King to the calendar of Judge Cormac J. Carney for all further proceedings:

2:15-cv-07963-GHK-SK      Sonnie E Davis v. Jeffey Beard et al

2:16-cv-02834-GHK-AGR    Soheila S Gooran v. US Bank, N.A. et al

2:16-cv-06341-GHK-AS      Jeffery Ayala v. Cox Automotive, Inc. et al

5:16-cv-02063-GHK-RAO    Robert Doty v. HP, Inc., et al

Dated: January 9, 2017

_____
Chief Judge Virginia A. Phillips