# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-02063-CJC (RAOx) | Date | January 11, 2017 |
| Title | Robert Doty v. HP, Inc., et al, | | |

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                          None Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER RESETTING DEFENDANT'S MOTION TO DISMISS [17]**

In light of the transfer of this action to the calendar of the Honorable Cormac J. Carney, the Court, on its own motion, hereby **RESETS** Defendant's Motion to Dismiss (Dkt. No. 17) to **Monday, February 13, 2017 at 1:30 p.m.** in Courtroom 9B before District Judge Cormac J. Carney.

                                                                                          -        :        -

                                                           Initials of Deputy Clerk     mku

cc: