SAMUEL G. LIVERSIDGE (SBN 180578)
  sliversidge@gibsondunn.com
RODNEY J. STONE (SBN 145405)
  rstone@gibsondunn.com
JARED M. STRUMWASSER (SBN 275326)
  jstrumwasser@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7365
Facsimile: (213) 229-6365

Attorneys for Defendant
HP INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOTY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP, INC. and DOES 1-10,<br><br>Defendant(s). | Case No. 5:16-cv-02063<br><br>**STIPULATION TO TRANSFER ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>**[28 U.S.C. § 1404(a)]**<br><br>Honorable Cormac J. Carney |

1  Defendant HP Inc. ("Defendant") and Plaintiff Robert Doty (collectively, the
2  "Parties"), by and through their respective counsel, jointly stipulate as follows:
3  WHEREAS, there are currently three actions pending in the United States
4  District Court for the Northern District of California involving substantially similar
5  issues and parties as the present *Doty* action, namely: *San Miguel et al. v. HP Inc.*, No.
6  5:16-05820; *Ware v. HP Inc.*, No. 16-cv-06519; *Mullins v. HP Inc.*, No. 5:17-cv-
7  00141;
8  WHEREAS, the *San Miguel* and *Ware* actions have already been consolidated,
9  and the *Mullins* action has been administratively related thereto;
10 WHEREAS, the plaintiffs in the *San Miguel* and *Ware* actions have reached an
11 agreement with the plaintiff in the present *Doty* action to coordinate their litigation
12 efforts, and as part of that agreement plaintiff Doty has agreed to pursue his case in the
13 Northern District of California instead of the Central District of California;
14 WHEREAS, in light of the related plaintiffs' agreement to pursue their cases in
15 the Northern District of California, Defendant will not oppose and consents to the
16 transfer of this *Doty* action to the Northern District of California pursuant to 28 U.S.C.
17 § 1404(a);
18 WHEREAS, on December 23, 2016, Defendant filed a Motion to Dismiss
19 Second Amended Class Action Complaint in this *Doty* action, which motion is
20 currently scheduled to be heard by this Court on February 13, 2017;
21 WHEREAS, Defendant's reply brief in support of its Motion to Dismiss Second
22 Amended Class Action Complaint is currently due on or before January 30, 2017;
23 WHEREAS, the Parties agree that all operative deadlines in this action—
24 including specifically with respect to HP's reply brief in support of its Motion to
25 Dismiss Second Amended Class Action Complaint—should be temporarily vacated
26 and reset by the Northern District of California following the transfer;
27 //
28 //

THEREFORE, the Parties hereby stipulate to and respectfully request that the Court enter an order:

(1) vacating all operative deadlines in this *Doty* action;

(2) transferring this *Doty* action to the Northern District of California, where three related cases are already pending.

Dated:  January 25, 2017    SAMUEL G. LIVERSIDGE
RODNEY J. STONE
JARED M. STRUMWASSER
GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Jared M. Strumwasser*
      Jared M. Strumwasser

Attorneys for Defendant HP INC.

Dated:  January 25, 2017    TODD M. FRIEDMAN
ADRIAN R. BACON
LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:  */s/ Todd M. Friedman*
      Todd M. Friedman

Attorneys for Plaintiff ROBERT DOTY

I, Jared M. Strumwasser, am the ECF User whose identification and password are being used to file this document.  I attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.