JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOTY, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HP, INC. and DOES 1-10,<br><br>　　　　　　Defendant(s). | Case No. 5:16-cv-02063<br><br>**ORDER TRANSFERRING ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>**[28 U.S.C. § 1404(a)]**<br><br>Honorable Cormac J. Carney |

1
2
3       For the reasons set forth in the Parties' Stipulation to Transfer Action to the
4  Northern District of California, the Court hereby **ORDERS** that:
5       (1) all operative deadlines in this *Doty* action are **VACATED**;
6       (2) this *Doty* action is **TRANSFERRED** to the Northern District of California,
7  where three related cases are already pending.
8
9  **IT IS SO ORDERED.**
10
11  Dated:  January 26, 2017        _____
                                     United States District Court Judge
12
13
...
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

ORDER TRANSFERRING ACTIONCASE NO. 5:16-CV-02063
TO THE NORTHERN DISTRICT OF CALIFORNIA