

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | **WESTERN DIVISION** | **SOUTHERN DIVISION** |
| | 312 North Spring Street, Room G–8 | 411 West Fourth Street, Suite 1053 |
| | Los Angeles, CA 90012 | Santa Ana, CA 92701–4516 |
| | Tel: (213) 894–3535 | (714) 338–4750 |
| **KIRY K. GRAY** | | **EASTERN DIVISION** |
| Clerk of Court | | 3470 Twelfth Street, Room 134 |
| | | Riverside, CA 92501 |
| | | (951) 328–4450 |

**To**:  Clerk, United States District Court
 Northern District of California

**Re**:  Transfer of our Civil Case No. ____5:16–cv–02063–CJC–RAO____
 Case Title: ____Robert Doty v. HP, Inc., et al____
 MDL _____  In Re: _____

Dear Sir/Madam:

**An order having been made  X  transferring ___ remanding the above-numbered case to your district, we are transmitting herewith our file:**

 ___  Original case file documents are enclosed in paper format.
 X   Electronic documents are accessible through Pacer.
 ___  Other: ___

                                                                          Very truly yours,

                                                                          Clerk, U.S. District Court

Date: January 26, 2017                       By: /s/ *Maria Barr*
                                                                              Deputy Clerk

*cc: All counsel of record*

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

 ___   CivilIntakecourtdocs–LA@cacd.uscourts.gov         (Los Angeles Office)
 ___   CivilIntakecourtdocs–RS@cacd.uscourts.gov         (Riverside Office)
  X    CivilIntakecourtdocs–SA@cacd.uscourts.gov         (Santa Ana Office)

Case Number: _____

                                                                          Clerk, U.S. District Court

Date: _____          By: _____
                                                                              Deputy Clerk

CV–22 (10/15)   TRANSMITTAL LETTER – CIVIL OR MDL CASE TRANSFER OUT